NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
CARSON C. NEWTON, ESQ.
THE LAW OFFICE OF CARSON C. NEWTON
2400 East Katella Avenue, 8th Floor
Anaheim, California 92806
(714) 627-2442

ATTORNEY(S) FOR: American Council For Nanjing Massacre

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN COUNCIL FOR NANJING MASSACRE, a California Non-Profit Organization, Plaintiff(s), v. TOSHIO MOTOYA, an Individual, APA GROUP, a Japanese Hospitality Group, and DOES 1 to 100, INCLUSIVE Defendant(s) | CASE NUMBER:<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for AMERICAN COUNCIL FOR NANJING MASSACRE, Plaintiff or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| AMERICAN COUNCIL FOR NANJING MASSACRE | PLAINTIFF |

MAY 25, 2017
Date

/CCN/
Signature

Attorney of record for (or name of party appearing in pro per):

American Council for Nanjing Massacre, Plaintiff